No. 16,603.

Matz *v.* Matz.
(231 P. [2d] 472)

Decided April 16, 1951.   Rehearing denied May 14, 1951.

Per Curiam.

Judgment affirmed en banc without written opinion.

Mr. William Alan Bryans, for plaintiff in error.

Mr. Rowan T. Thomas, Mr. H. T. McGarry, for defendant in error.